

**METZ LEWIS BRODMAN MUST O'KEEFE**

444 Liberty Ave. | Suite 2100 | Pittsburgh, PA 15222 | 412.918.1100 | www.metzlewis.com

February 13, 2024

**VIA ECF**

Judge Valerie E. Caproni
United States District Judge
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

      Re:    Troche v. Dona Jo Inc.
               Case No. 1:24-cv-00068

Dear Judge Caproni:

      Our office represents defendant Dona Jo Inc. We respectfully request that the time for defendant to move, answer, or otherwise respond to the Complaint be extended from February 13, 2024 to March 14, 2024.  This is defendant's first request for an extension of time to respond to the Complaint.  The basis for this request is that we were recently retained, and we are attempting to resolve the matter.  Our office reached out to Plaintiff's counsel regarding this matter, and received their consent to this extension.

      Thank you for your attention to this matter.

Very truly yours,

*[signature]*

Rachel D. Felton
(*Motion for Pro Hac Vice pending*)

RDF

cc:    All Counsel (via ECF)