**MEMO ENDORSED**



**METZ LEWIS BRODMAN MUST O'KEEFE**

444 Liberty Ave. | Suite 2100 | Pittsburgh, PA 15222 | 412.918.1100 | www.metzlewis.com

February 13, 2024

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/13/24

**VIA ECF**

Judge Valerie E. Caproni
United States District Judge
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re: Troche v. Dona Jo Inc.
Case No. 1:24-cv-00068

Dear Judge Caproni:

Our office represents defendant Dona Jo Inc. We respectfully request that the time for defendant to move, answer, or otherwise respond to the Complaint be extended from February 13, 2024 to March 14, 2024. This is defendant's first request for an extension of time to respond to the Complaint. The basis for this request is that we were recently retained, and we are attempting to resolve the matter. Our office reached out to Plaintiff's counsel regarding this matter, and received their consent to this extension.

Thank you for your attention to this matter.

Very truly yours,

Rachel D. Felton
(*Motion for Pro Hac Vice pending*)

RDF

cc: All Counsel (via ECF)

Application DENIED.  Per the Notice of Initial Pretrial Conference at Dkt. 6, Defendant's time to move against or answer the Complaint is stayed until the date of the Initial Pretrial Conference, which is scheduled for May 10, 2024 at 10:00 A.M. in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

SO ORDERED.             2/13/24

*/s/ Valerie Caproni*

HON. VALERIE E. CAPRONI
UNITED STATES DISTRICT JUDGE
PART I