```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/14/24
```

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

---

VERONICA TROCHE on behalf of herself and all others similar situated,

                Plaintiff,

v.

DONA JO INC., d/b/a DONA JO FITWEAR

                Defendant.

Civ. Action No. 24 Civ. 00068

**ORDER FOR ADMISSION PRO HAC VICE**

---

The Motion of Rachel D. Felton for admission to practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that she is a member in good standing of the bar of the state of Pennsylvania and that her contact information is as follows:

> Rachel D. Felton
> Metz Lewis Brodman Must O'Keefe LLC
> 444 Liberty Avenue, Suite 2100
> Pittsburgh, PA  15222
> 412.918.1100 (office)
> 412.918.1199 (facsimile)

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Donna Jo Inc. in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: February 14, 2024

_____
United States District / ~~Magistrate~~ Judge