**Joseph & Norinsberg LLC**
Fighting for Employee Justice

**Queens Office**
69-06 Grand Avenue, 3rd Floor
Maspeth, New York 11378

**Manhattan Office**
110 East 59th Street, Suite 2300
New York, New York 10022

**Newark Office**
One Gateway Center, Suite 2600
Newark, New Jersey 07102

**Philadelphia Office**
1515 Market Street, Suite 1200
Philadelphia, Pennsylvania 19102

**Boston Office**
225 Franklin Street, 26th Floor
Boston, Massachusetts 02110

**Orlando Office**
300 N. New York Ave, Suite 832
Winter Park, Florida 32790

**Jon L. Norinsberg, Esq.**
jon@norinsberglaw.com

May 6, 2024

**VIA ECF**
The Honorable Valerie E. Caproni
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y.
10007

      **Re:** Troche v. Dona Jo Inc., d/b/a Dona Jo Fitwear,
        1:24-cv-00068
       **NOTICE OF SETTLEMENT**

Dear Judge Caproni:

  We represent Veronica Troche ("Plaintiff") in the above referenced ADA matter against Defendant, Dona Jo Inc., d/b/a Dona Jo Fitwear, ("Defendant") (collectively the "Parties"). We write now, with Defendant's consent, to respectfully inform the Court that the Parties have reached a settlement in principle in this action. We therefore respectfully request that the Court dismiss this action with prejudice with the right to reopen in forty-five (45) days if the Settlement Agreement is not consummated.

  In light of the anticipated settlement, the parties respectfully request that all currently pending deadlines in this action be adjourned *sine die*.

  We thank the Court for its time and attention in this matter.

                Sincerely,

                Jon L. Norinsberg, Esq.

c.c. Rachel Felton, Esq.
  Counsel for Defendant (via ECF)